UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DIANE ARUTT MATTY,                              CASE NO. 0:26-CV-60776-RS

        Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant(s).                    /
_____

## JOINT SCHEDULING REPORT

Plaintiff, DIANE ARUTT MATTY, and Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, pursuant to Local Rule 16.1 of the Rules of the Southern District of Florida and this Court's May 4, 2026 Order Requiring Scheduling Report (ECF No. 12), submit their Joint Scheduling Report.  The categories set forth below correspond to those set forth in Local Rule 16.1(B).

## DISCOVERY PLAN

In lieu of Federal Rule of Civil Procedure 26(a)(1) initial disclosures, Defendant will produce the complete Administrative Record to Plaintiff on or before **June 23, 2026**.

Because this lawsuit involves solely a claim for benefits pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), the parties agree that the court's review of Prudential's decision should be confined to the administrative record. As such, the parties agree that, absent a showing of good cause, there will be no discovery relative to this claim, aside from the production of the administrative record and relevant plan documents from Defendant to Plaintiff, on or before **June**

**23, 2026.**

A.      **LIKELIHOOD OF SETTLEMENT**

Settlement discussions have already begun, though the possibility of settlement at this time is unknown.

B.      **LIKELIHOOD OF APPEARANCE OF ADDITIONAL PARTIES**

None at this time.

C.      **PROPOSED LIMITS OF TIME**

1.  To join parties and amend pleadings –  **June 23, 2026**

**2.**  To complete Mediation – **November 6, 2026**

**3.**  File case dispositive motions – **January 22, 2027**

4.  Motions in Limine – **March 5, 2027**

5.  File the Joint Pretrial Stipulation  -  **April 2, 2027**

D.      **PROPOSALS FOR FORMULATION AND SIMPLIFICATION OF ISSUES**

The parties have no proposals for the formulation or simplification of issues at this time.

E.      **NECESSITY OF AMENDMENTS TO PLEADINGS**

The parties do not anticipate any amendments to the pleadings at this time but reserve the right to do so as provided by the Federal Rules of Civil Procedure.

F.      **COOPERATION ON THE EVIDENTIARY ISSUES**

The parties agree to cooperate on evidentiary issues, to stipulate to the admissibility of evidence, to limit the need for any advance rulings from the Court on questions of admissibility of evidence, and to agree to seek such advance rulings when necessary to avoid any undue delay at trial.

**G.** **SUGGESTIONS FOR AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE**

The parties agree to cooperate to avoid unnecessary proof and cumulative evidence.

**H.** **NEED FOR REFERRAL TO A MAGISTRATE**

The parties do not object to the referral of discovery matters to the Magistrate Judge.

**I.** **PROJECTED TIME FOR TRIAL**

The parties anticipate that this matter is likely to be resolved through cross-motions for summary judgment or judgment on the record under Rule 52. Should trial become necessary, the parties agree to the following:

Trial of this matter is a Non-Jury Trial.  Trial is expected to take approximately 1 day.

**J.** **PROPOSED DATES FOR FINAL PRETRIAL CONFERENCE AND TRIAL**

1.  Final Pretrial Conference – on or after **April 26, 2027**

2.  Trial – on or after **May 10, 2027**

**K.** **OTHER INFORMATION**

None at this time.

Dated: May 21, 2026

By*:  /s/ Alexander Palamara*
ALEXANDER PALAMARA, ESQ.
Fla. Bar No. 0037170
Dell & Schaefer, Chartered
Attorneys for Plaintiff
2625 Weston Road
Weston, FL 33331
Phone (954) 620-8300
Fax: (954) 922-6864
Email: Alex@diattorney.com

By*:  /s/ Hector R. Rivera*
HECTOR R. RIVERA, ESQ.
Fla. Bar No. 882453
Quintairos, Prieto, Wood & Boyer P.A.
Counsel for Defendant
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33156
Phone: (305) 670-1101 x1012
Fax: (305) 670-1161
Email: hrivera@qpwblaw.com