UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION


DIANE ARUTT MATTY,                          CASE NO. 0:26-CV-60776-RS

      Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant(s).                          /

---

## JOINT NOTICE OF SELECTION OF MEDIATOR
## AND SCHEDULING MEDIATION

Plaintiff, DIANE ARUTT MATTY, and Defendant, THE PRUDENTIAL INSURANCE

COMPANY OF AMERICA, by and through the undersigned counsel, hereby notify the Court that

they have selected Cori Flam Meltzer, Esq. as the mediator.  The parties have agreed to conduct the

mediation on August 5, 2026, at 10:00 a.m., via video conference.


Dated: June 15, 2026

By*:  /s/ Alexander Palamara*               By*:  /s/ Hector R. Rivera*
  ALEXANDER PALAMARA, ESQ.            HECTOR R. RIVERA, ESQ.
  Fla. Bar No. 0037170                   Fla. Bar No. 882453
  Dell & Schaefer, Chartered            Quintairos, Prieto, Wood & Boyer P.A.
  Attorneys for Plaintiff                 Counsel for Defendant
  2625 Weston Road                     9300 S. Dadeland Blvd., 4th Floor
  Weston, FL 33331                    Miami, FL 33156
  Phone (954) 620-8300               Phone: (305) 670-1101 x1012
  Fax: (954) 922-6864                 Fax: (305) 670-1161
  Email: Alex@diattorney.com         Email: hrivera@qpwblaw.com